IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 162.207.64.179

**ISP:** AT&T U-verse
**Physical Location:** Grand Rapids, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/13/2017 01:00:33 | 704944F18AD93159DCCF636671BF0F9024620B8F | Piano Concerto |
| 11/24/2016 20:11:52 | 9D97413488108EEDC380062473E247A60B2A0AE6 | Rollergirl |
| 01/03/2016 19:59:34 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 12/26/2015 11:10:29 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 12/15/2015 03:14:19 | 3D06D6E21422247A73F0380E074748A746E5C741 | Summertime |
| 09/13/2015 10:21:27 | 78DD393228B63421764A7EFD081E0F8B27AD40C0 | Introducing Kennedy |
| 09/12/2015 02:00:31 | 23D71A2FA58CCC0BFF332362FAD01AFDDD3E42BC | Are You Man Enough |
| 07/24/2015 22:55:14 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 06/25/2015 01:58:53 | 217D6732A6FFED0D4BBEE863D77C5F18E8291C0A | Just Watch |
| 06/14/2015 23:20:56 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 06/14/2015 19:23:20 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 06/14/2015 18:21:30 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 06/13/2015 11:13:04 | FAEA55F5732DF4721D8ACDF40FEC2D7D6EB9F80D | Tight Ass Teen |
| 06/13/2015 10:53:24 | CF64181DA508E91AD249098AA25261B2D1ECE9BD | Heavenly Brunettes |
| 03/28/2015 21:05:17 | 9E0A1CAA77EA54BB7A77B5FC3B908D3A5E40EDF6 | Our Little Cum Cottage |
| 03/14/2015 21:41:34 | F42B34B6556172AEB09CE7FC520DDDFDCADC29B6 | Competition |
| 11/16/2014 14:39:47 | E4B9563A541CC4D79B87E998F47874B0352ED631 | Insanely Gorgeous |
| 09/15/2014 00:00:33 | 001064087F3715B4D99E14CF72AFBA1579635803 | Circles of Bliss |
| 09/14/2014 22:01:35 | 1A19E211DA946E6C9378A0150A95DE9027FF5AFC | Happy Birthday Capri |
| 09/14/2014 17:21:20 | 00B00982FBAB68D332186C1F33727B3A5DF58CDA | Sexy In The City |
| 08/15/2014 21:43:53 | AAF3399B22D5CCA5A13D65C2B62BE2838BCEBC2C | Simply Stunning |
| 05/17/2014 17:57:46 | 50382B6B4E631CB819FBD4C6ECE28437FDE333C6 | So Young |

EXHIBIT A

NWMI117

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/08/2014 19:14:47 | A43FA88766B104DA601190E070A189FB9D446402 | Three Way is the Best Way |
| 03/02/2014 13:37:15 | 271FC6C6F3A4381A9851610D010AA42C4E5D2EB6 | Love at First Sight |
| 01/13/2014 22:13:53 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

NWMI117